UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL, | No.  2:16-cv-1786 GEB CKD PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| RAYMOND CHARLES VAN DEN HEUVEL, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se and in forma pauperis.  In this action, plaintiff alleges claims arising out of his adoptive birth certificate and plaintiff's efforts to become a naturalized citizen.

The complaint alleges diversity as the basis for subject matter jurisdiction in this court.  Diversity jurisdiction is lacking in this case because both plaintiff and defendant are citizens of California.  Because there is no other basis for federal subject matter jurisdiction evident in the complaint, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Plaintiff has filed a response to the order to show cause in which he alleges that subject matter jurisdiction is proper because many of the events of which he complains took place in federal facilities.  Plaintiff's response fails to establish federal question jurisdiction.  There being

1

1  no evident basis for subject matter jurisdiction, the court will recommend that this action be
2  dismissed.
3       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of
4  subject matter jurisdiction.
5       These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties.  Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
11 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
12 Dated:  August 11, 2016

                               CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE

16 4  vandenheuvel1786.nosmj.57